■ ERIC DELGADO-WHITE et al., Respondents, v DENIS T. SCONZO et al., Defendants, and LAWRENCE HOSPITAL, Appellant. [781 NYS2d 742]—Appeal from order, Supreme Court, Bronx County (Yvonne Gonzalez, J.), entered on or about March 25, 2003, unanimously withdrawn in accordance with the terms of the infant's compromise order of the parties hereto. No opinion. Order filed. Concur—Nardelli, J.P., Tom, Ellerin, Lerner and Friedman, JJ.

■ SHAKERIA SEGOVIA, an Infant, by Her Mother and Natural Guardian, BARBARA SEGOVIA, Appellant, v OUR LADY OF MERCY MEDICAL CENTER et al., Respondents. [781 NYS2d 742]—Appeal from order, Supreme Court, Bronx County (Janice L. Bowman, J.), entered August 4, 2003, unanimously withdrawn in accordance with the terms of the infant's compromise order of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Andrias, Saxe, Sullivan and Marlow, JJ.